█ VICTORIA ISRAEL V. DREI CORPORATION.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

█ In the Matter of the Claim of PATRIA CRUZ et al., against CITY OF NEW YORK.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

█ JACOB ASCHKENASY V. LONG ISLAND RAIL ROAD COMPANY.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

█ CORCORAN & KOSTELANETZ et al., v. JEAN DUPUY, Individually, as Distributors Next of Kin, and as Administrator of the Estate of HELEN DUPUY, Deceased, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

█ In the Matter of the Claim of PATRIA CRUZ et al., against CITY OF NEW YORK.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

█ DEPARTMENT OF MENTAL HYGIENE OF THE STATE OF CALIFORNIA V. SAMUEL RENEL et al.— Motion for leave to reargue denied, but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

█ In the Matter of the Accounting of HANOVER BANK, as Substituted Trustee under the Will of JOHN SLATER, Deceased In the Matter of JAMES L. SKERRITT, as Ancillary Administrator C. T. A. of the Estate of JOHN J. SLATER, Deceased. JAMES L. SKERRITT, as Ancillary Administrator C. T. A. of the Estate of JOHN J. SLATER, Deceased; HANOVER BANK, as Substituted Trustee under the Will of JOHN SLATER, Deceased, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied in all respects, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

█ In the Matter of W. D. HOWE. CITY BANK FARMERS TRUST Co. et al.; C. H. ARMOUR et al.— Motions for leave to reargue denied, but motions for leave to appeal to the Court of Appeals granted. Settle orders. Concur — Breitel, J. P., Valente, McNally and Bergan, JJ.

█ ARTHUR A. JOHNSON CORPORATION et al. v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Rabin, Valente, Stevens and Bergan, JJ.

█ MARILYN B. HASKELL, an Infant, by CELIA ALBERTS, Her Guardian ad Litem, v. JEROME J. HASKELL.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

█ In the Matter of CHASE MANHATTAN BANK, as Trustee of JUDITH PEABODY, as Grantor, against HOWARD M. HOLTZMAN, as Guardian ad Litem, et al.— Motion for leave to appeal to the Court of Appeals denied. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bergan, JJ.

█ In the Matter of JOHN W. O'NEILL et al. against JOSEPH SCHECHTER et al. Constituting the Civil Service Commission of the City of New York.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.